UMBERG ZIPSER LLP
Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
Mei Tsang (SBN 237959)
mtsang@umbergzipser.com
Molly J. Magnuson (SBN 229444)
mmagnuson@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA  92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

Attorneys for Plaintiff UT Brands LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UT BRANDS LLC,<br><br>         Plaintiff,<br>   *v*.<br><br>ZHOU LIU,<br><br>         Defendant. | Case No. 2:24-cv-04581-JFW(PVCx)<br><br>**PLAINTIFF UT BRANDS LLC'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FRCP 55**<br><br>Hearing Date: October 28, 2024<br>Time:        1:30 p.m.<br>Judge:      Hon. John F. Walter<br>Courtroom:  7A<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Declaration of Molly J. Magnuson; [Proposed] Order]*<br><br>Complaint Filed: May 31, 2024 |

{275337.1}

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT, on October 28, 2024, at 1:30 p.m., in Courtroom 7A of the United States District Court for the Central District of California, the Honorable John F. Walter presiding, Plaintiff UT Brands LLC ("Plaintiff" or "UT Brands") will and hereby does move, pursuant to Federal Rule of Civil Procedure 55, for an order of default judgment against Defendant Zhou Liu ("Defendant"), including for: (1) statutory damages of $150,000 for willful infringement, pursuant to 17 U.S. Code § 504(c)(2); (2) a permanent injunction prohibiting Defendant from using UT Brands' Copyright, freezing seller accounts used to infringe UT Brands' Copyright, and ordering that all assets up to the Judgment amount in Defendant's accounts, as well as any newly discovered assets, be restrained until they can be transferred to Plaintiff to satisfy the Judgment; and (3) recovery of UT Brands' reasonable attorneys' fees and costs.

This Motion is made on the grounds that UT Brands' well-pleaded allegations establish Defendant's liability, UT Brands properly served Defendant with process and Defendant failed to respond to the Complaint, personal jurisdiction exists over Defendant, the *Eitel* factors support entry of default judgment, and UT Brands is entitled to the relief sought in the Complaint.

This Motion will be based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, Declaration of Molly J. Magnuson and Proposed Order, the entire Court file herein, and on such other materials or argument that may properly come before the Court in connection with this Motion.

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{275337.1}

2

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT

Dated:  September 30, 2024    UMBERG ZIPSER LLP

_____

Mark A. Finkelstein
Mei Tsang
Molly J. Magnuson
Attorneys for Plaintiff UT Brands LLC

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{275337.1}

3

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT

## PROOF OF SERVICE

I, the undersigned, declare that I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 1920 Main Street, Suite 750, Irvine, California 92614.

On September 30, 2024, I served, in the manner indicated below, the attached document entitled: **PLAINTIFF UT BRANDS LLC'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FRCP 55** on the interested parties in this action addressed to each such address respectively as follows:

[X]      **BY ELECTRONIC SERVICE:** I caused the above listed document(s) to be sent from e-mail address pgrenner@umbergzipser.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, and electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| ZHOU LIU<br>Email: YOUYIZHONG2024@163.COM | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on September 30, 2024, at Irvine, California.

_____
Patricia Grenner

{275337.1}                                        4