UMBERG ZIPSER LLP
Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
Mei Tsang (SBN 237959)
mtsang@umbergzipser.com
Molly J. Magnuson (SBN 229444)
mmagnuson@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA  92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

Attorneys for Plaintiff UT Brands LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UT BRANDS LLC, | Case No. 2:24-cv-04581-JFW(PVCx) |
| Plaintiff, | |
| *v*. | **[PROPOSED] JUDGMENT** |
| ZHOU LIU, | Judge:       Hon. John F. Walter |
| Defendant. | Courtroom:   7A |
| | Complaint Filed: May 31, 2024 |

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{277916.1}

[PROPOSED] JUDGMENT

Pursuant to this Court's Order dated October 18, 2024, granting Plaintiff UT Brands LLC's ("Plaintiff") Motion for Default Judgment (the "Motion"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered for Plaintiff and against Defendant Zhou Liu ("Defendant") in the amount of $150,000.

2. Plaintiff is entitled to interest on the amount of this Judgment at the statutory rate, pursuant to 28 U.S.C. § 1961(a).

3. Defendant, his officers, agents, employees, representatives, attorneys, and all other persons and businesses in active concert or participation with Defendant who receive notice hereof, are permanently enjoined from further infringement of Plaintiff's Copyright, Registration No. A 2-326-217, including from reproducing, distributing and/or selling the "101 Pooping Puppies" puzzle through Amazon or any other sales channels.

**JUDGMENT IS SO ENTERED.**

Dated: _____, 2024

_____
Hon. John F. Walter
United States District Judge

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{277916.1}

2

[PROPOSED] JUDGMENT

## **PROOF OF SERVICE**

I, the undersigned, declare that I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 1920 Main Street, Suite 750, Irvine, California 92614.

On October 30, 2024, I served, in the manner indicated below, the attached document entitled: **[PROPOSED] JUDGMENT** on the interested parties in this action addressed to each such address respectively as follows:

[X]      **BY ELECTRONIC SERVICE:** I caused the above listed document(s) to be sent from e-mail address pgrenner@umbergzipser.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, and electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| ZHOU LIU<br>Email: YOUYIZHONG2024@163.COM | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on October 30, 2024, at Irvine, California.

_____
Patricia Grenner

[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT