UMBERG ZIPSER LLP
Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
Mei Tsang (SBN 237959)
mtsang@umbergzipser.com
Molly J. Magnuson (SBN 229444)
mmagnuson@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA  92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

JS-6

Attorneys for Plaintiff UT Brands LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UT BRANDS LLC,<br><br>      Plaintiff,<br>  v.<br><br>ZHOU LIU,<br><br>      Defendant. | Case No. 2:24-cv-04581-JFW(PVCx)<br><br>**JUDGMENT**<br><br>Judge:     Hon. John F. Walter<br>Courtroom:  7A<br><br>Complaint Filed: May 31, 2024 |

Pursuant to this Court's Order dated October 18, 2024, granting Plaintiff UT Brands LLC's ("Plaintiff") Motion for Default Judgment (the "Motion"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered for Plaintiff and against Defendant Zhou Liu ("Defendant") in the amount of $150,000.

2. Plaintiff is entitled to interest on the amount of this Judgment at the statutory rate, pursuant to 28 U.S.C. § 1961(a).

3. Defendant, his officers, agents, employees, representatives, attorneys, and all other persons and businesses in active concert or participation with Defendant who receive notice hereof, are permanently enjoined from further infringement of Plaintiff's Copyright, Registration No. A 2-326-217, including from reproducing, distributing and/or selling the "101 Pooping Puppies" puzzle through Amazon or any other sales channels.

**JUDGMENT IS SO ENTERED.**

Dated: November 4, 2024

_____
Hon. John F. Walter
United States District Judge